GUNTER v. ANDERS

No. 359P94

Case below: 339 N.C. 612

Petition by plaintiffs to rehear pursuant to Rule 31 dismissed 2 March 1995.

HAMBRIGHT v. EDWARDS

No. 46P95

Case below: 117 N.C.App. 463

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.

HARWOOD v. PEACOCK

No. 575P94

Case below: 116 N.C.App. 735

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.

LIDA MANUFACTURING CO. v. U.S. FIRE INS. CO.

No. 607PA94

Case below: 116 N.C.App. 592

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 2 March 1995.

McLEAN v. MECHANIC

No. 526P94

Case below: 116 N.C.App. 271

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.